IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **VIRGINIA PAIGE JENKINS** *ADMINISTRATRIX* **of the ESTATE OF ERIN JENKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**SHERIFF C.T. WOODY,** *et al.***,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3:15-cv-355-MHL<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES
PURSUANT TO FRPC 26(a)(2)**

I. **PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff Virginia P. Jenkins, Administratrix of the Estate of Erin Jenkins ("Plaintiff"), by counsel, hereby discloses the following experts in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

The following individuals, whose CVs are either attached hereto or will be hereafter provided to Defendants are incorporated herein, may provide expert testimony at trial. Plaintiff reserves the right to designate additional experts to rebut Defendants' expert designations or in response to any new matters raised in Defendant's expert witness disclosure, or to use any of the following experts for such purpose. The following disclosures are, in part, the product of the attorney for Plaintiff and do not purport to be precise language used, or that will be used, by the designated expert.

II. **LIABILITY – RETAINED EXPERTS**

**Michael T. Puerini, M.D.**
**3405 Deer Park Drive SE**
**Salem, Oregon 97302**

<u>See</u> Dr. Puerini's expert report, supplemental report and CV attached hereto and incorporated herein as Exhibit "A." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

**Terry L. Lovette, R.N.**
**130 Richard Road**
**P.O. Box 38**
**Andersonville, GA 31711**

<u>See</u> Nurse Lovette's expert report and CV attached hereto and incorporated herein as Exhibit "B." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available. Nurse Lovette has been paid $1,500.00 in connection with this case.

**E. Eugene Miller**
**2501 Q Street, N.W.**
**Suite 309**
**Washington, D.C. 20007**

<u>See</u> Mr. Miller's expert report and CV attached hereto and incorporated herein as Exhibit "C." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available. Mr. Miller has been paid $4,725.00 in connection with this case.

**James L. Levenson, M.D.**
**P.O. Box 980268**
**Department of Psychiatry**
**Virginia Commonwealth University**
**Richmond, VA 23298-0268**

<u>See</u> Dr. Levenson's expert report and CV attached hereto and incorporated herein as Exhibit "D." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

    **Patrick Logan, CCE**
    **Seltek Technology Solutions**
    **8814 Fargo Road**
    **Richmond, VA 23229**

<u>See</u> Mr. Logan's expert report and CV attached hereto and incorporated herein as Exhibit "E." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

    **Andres Castellanos, M.D.**
    **Associate Professor of Surgery**
    **Drexel University College of Medicine**
    **Mail Stop 7150, New College, 7th, 7150**
    **245 N. 15th Street**
    **Philadelphia, PA 19102**

<u>See</u> Dr. Castellanos' expert report and CV attached hereto and incorporated herein as Exhibit "F." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

    **Jeffrey W. Myers, D.O., Ed.M., EMT-P**
    **2820 Selwyn Ave. Ste. 829**
    **Charlotte, NC 28209**

<u>See</u> Dr. Myers' expert report and CV attached hereto and incorporated herein as Exhibit "G." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

        **Lauren N. Huddle, M.D.**
        **Assistant Chief Medical Examiner**
        **Office of the Chief Medical Examiner**
        **400 E. Jackson Street**
        **Richmond, VA 23219-3694**

<u>See</u> Dr. Huddle's expert report and CV attached hereto and incorporated herein as Exhibit "H." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

    **III.**     <u>**DAMAGES – RETAINED EXPERTS**</u>

        **Thomas R. Ireland, PHD**
        **Economic Assessments**
        **PO Box 210376**
        **St. Louis, MO 63121-8376**

<u>See</u> Dr. Ireland's expert report and CV attached hereto and incorporated herein as Exhibit "I." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available.

        **Allison W. Twente, Ph.D.**
        **Westhampton Family Psychologists, P.C.**
        **1503 Santa Rosa Road, Suite 105**
        **Henrico, VA 23229-5105**

<u>See</u> Dr. Twente's expert report and CV attached hereto and incorporated herein as Exhibit "J." Discovery is ongoing and Plaintiff expressly reserves the right to supplement this disclosure as further information becomes available. Dr. Twente has been paid $1,100.00 in connection with this case.

Respectfully Submitted:

**VIRGINIA PAIGE JENKINS**
*ADMINISTRATRIX* **of**
**the ESTATE OF ERIN JENKINS**

_____/s/_____
Seth R. Carroll (VSB No. 74745)
Matthew Lastrapes (VSB:
Commonwealth Law Group, LLC
1506 Staples Mill Road
Suite 202
Richmond, VA 23230
Phone: (804) 387-6212
Facsimile: (866) 238-6415
scarroll@hurtinva.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30[h] day of September, 2016, I sent a copy of the foregoing electronically to:

Joel M. McCray, Esquire (VSB No. 38116)
Ruth T. Griggs, Esquire (VSB No. 71037)
WIMBISH GENTILE MCCRAY & ROEBER PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
Email: jmccray@wgmrlaw.com
Email: rgriggs@wgmrlaw.com
**Counsel for Defendant Jerkovic**

Jeff Wayne Rosen, Esquire
Jeffrey A. Hunn, Esquire
Pender & Coward PC
222 Central Park Avenue
Virginia Beach, VA 23462-3027
Email: jrosen@pendercoward.com
Email: jhunn@pendercoward.com
**Counsel for Defendant Sheriff C. T. Woody**

Michael R. Ward, Esquire
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Email: mward@morrismorris.com
**Counsel for Deputy E. Beaver,**
**Lieutenant Johnny Scott,**
**and Corporal Vivian Hudson-Parham**

Edward J. McNelis, Esquire
Elizabeth Muldowney, Esquire
Rawls, McNelis + Mitchell
211 Rocketts Way, Suite 100
Richmond, VA 23231
Email: emcnelis@rawlsmcnelis.com
Email: emuldowney@rawlsmcnelis.com
**Counsel for Defendants Nurse Crissy Royall,**
**Nurse Aikysha Paige, Khairul Bashar Mohammed Emran, MD,**
**Nurse Demetrice Smith, and Correct Care Solutions, LLC**