IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
MAR 21 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

VIRGINIA PAIGE JENKINS,
Administratrix of the Estate of Erin Jenkins,

    Plaintiff,

v.                                        Civil Action No. 3:15-cv-355 (MHL)

SHERIFF C. T. WOODY, et al.,

    Defendants.

## ORDER OF APPROVAL OF WRONGFUL DEATH SETTLEMENT

This matter came before the Court on a Motion of the Plaintiff and Deputy Beaver for approval of the compromise settlement pursuant to Virginia Code§ 8.01-55 between the Plaintiff, Virginia Paige Jenkins, Administratrix of the Estate of Erin Jenkins, deceased, and Deputy Elizabeth Beaver.

It appearing to the Court that the Plaintiff, Virginia Paige Jenkins, is the duly qualified Administratrix of the Estate of Erin Jenkins, deceased, and that the Plaintiff desires this Court to approve this compromise settlement for the Administratrix of the Estate against Deputy Beaver for the allegations in the Third Amended Complaint arising out of the decedent's incarceration at the Richmond City Justice Center from July 25, 2014 until her death on August 2, 2014; and the approval of this compromise is in the best interest of the statutory beneficiary of Erin Jenkins and should be ratified, approve, and confirmed.

It further appears to the Court that upon the appearance of Virginia Paige Jenkins, Administratrix of the Estate of Erin Jenkins, and counsel for Deputy Beaver and notice given to all statutory beneficiaries, that all interested parties of this proposed settlement have been notified, convened, and/or assembled, and that the parties of this settlement have submitted to the

jurisdiction of this Court and have expressed their agreement and assent to the terms of the settlement between them. The parties further requested that all claims be dismissed with prejudice after approval of the settlement.

It appears to the Court that the statutory beneficiary of Erin Jenkins, deceased, is G. J., minor daughter of the decedent.

It further appears to the Court that pursuant to the compromise settlement reached between Plaintiff and Deputy Beaver, without admission of liability, Deputy Beaver has agreed to pay cash and future periodic payments having a present value sum of $350,000.00 (Three Hundred Fifty Thousand dollars) in settlement of any and all claims which the Administratrix of the Estate of Erin Jenkins, deceased, or any person, firm or corporation may now have or which may hereinafter accrue against her.

It appears to the Court upon consideration of the Motion filed and argument of counsel that the Motion should be granted and the proposed settlement approved.

Accordingly, IT IS HEREBY ORDERED THAT the proposed compromised settlement of the claims against Deputy Elizabeth Beaver for the death of Erin Jenkins as described in the Third Amended Complaint is hereby approved, ratified, and effective in the amount of cash and future periodic payments having a present value of $350,000.00 (Three Hundred and Fifty Thousand dollars) as full and final settlement of all claims against Deputy Elizabeth Beaver, known or unknown, arising out of or concerning the allegations against her in the Third Amended Complaint.

IT IS FURTHER ORDERED THAT the settlement proceeds shall be distributed as follows:

| **DISTRIBUTED TO:** | **AMOUNT** |
|---|---|
| Commonwealth Law Group, LLC, AndrewsBrown PLC, and Halperin Law Center as payment for their attorneys' fees | $116,666.67 |
| Commonwealth Law Group, LLC, AndrewsBrown PLC, and Halperin Law Center as reimbursement of advanced litigation costs | $61,648.27 |
| BHG Structured Settlements Inc. to fund the future periodic payments to Virginia Paige Jenkins, Trustee of the G.J. Trust to be used for the benefit of G.J., minor child of Erin Jenkins, deceased | $171,685.06 |
| Total: | $350,000.00 |

Periodic payments will be made according to the schedule as follows:

<u>Virginia Paige Jenkins, Trustee of the Gabriella Jenkins Trust</u>

$160,000.00 guaranteed lump sum payable on May 15, 2033.

$40,000.00 guaranteed lump sum payable on March 19, 2036.

<u>Payable to Gabriella Jenkins</u>

$50,000.00 guaranteed lump sum payable at age 28 (on March 19, 2039).

$82,750.00 guaranteed lump sum payable at age 31 (on March 19, 2042).

The obligation to make periodic payments described above, and further detailed in the Settlement Agreement and Release which is attached hereto and incorporated herein, shall be assigned within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, to BHG Structured Settlement, Inc. and funded by the purchase of an irrevocable guaranteed annuity contract issued by Berkshire Hathaway Life Insurance Company of Nebraska, rated A++XV by A.M. Best Company, and AA+ by Standard and Poor's. Upon complete execution of the assignment, the Assignee shall be substituted as obligor of such

payments for the defendants and/or insurer, who shall be released from any further obligation to make future periodic payments.

IT IS FURTHER ORDERED that Deputy Elizabeth Beaver is hereby released and forever discharged from all claims, known or unknown, which have been made, may be made, arise out of, or relate to the allegations in the Third Amended Complaint and, in addition, to Ms. Beaver's care, treatment, security, medical care, supervision, and/or oversight of Erin Jenkin while in the Richmond City Justice Center.

ENTER: 3/21/17

/s/
M. Hannah Lauck
United States District Judge
JUDGE

We ask for this:

DEPUTY ELIZABETH BEAVER

Michael R. Ward
Virginia bar number 41133
Attorney for Deputy Elizabeth Beaver
McCandlish Holton Morris
P.O. Box 796
Richmond, VA 23218
Phone: (804) 775-3100
Fax: (804) 775-3800
mward@lawmh.com

VIRGINIA PAIGE JENKINS, ADMINISTRATRIX
OF THE ESTATE OF ERIN JENKINS

_____
Seth R. Carroll
Matthew Lastrapes
Co-Counsel for Plaintiff
Commonwealth Law Group, LLC
1506 Staples Mill Road, Suite 202
Richmond, VA 23230
Phone: (804) 551-9650
scarroll@hurtinva.com
mlastrapes@hurtinva.com

Benjamin Martin Andrews
Co-Counsel for Plaintiff
AndrewsBrown PLC
5711 Greendale Road
Henrico, Virginia 23228
Benjamin@andrewsbrownlaw.com

Jonathan Eric Halperin, Esq.
Co-Counsel for Plaintiff
Halperin Law Center
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
Phone: (804) 527-0100
Fax: (866) 335-1502
jonathan@halperinlegal.com


SEEN AND AGREED:

_____
Virginia Jenkins, Administratrix of the Estate of Erin Jenkins, Deceased

_____
Jason D. Reed, Esquire, Guardian Ad Litem of
G. J., Daughter of Decedent