IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VIRGINIA PAIGE JENKINS,
Administratrix of the Estate of Erin Jenkins,

    Plaintiff,

v.                                      Civil Action No. 3:15-cv-355 (MHL)

SHERIFF C. T. WOODY, et al.,

    Defendants.

## DISMISSAL ORDER

This day came the parties, by counsel, and represented to the Court that all matters in controversy have been settled and that pursuant to Federal Rule of Civil Procedure 41(a)(2) the matter should be dismissed with prejudice.

In consideration of the matter and it being appropriate to do so, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice and stricken from the docket. Each party is to bear its own costs and attorneys' fees.

ENTER: 3 / 21 / 17

/s/
M. Hannah Lauck
United States District Judge
JUDGE

We ask for this:

DEPUTY ELIZABETH BEAVER

/s/ Michael Ward
Michael R. Ward
Virginia bar number 41133
Attorney for Deputy Elizabeth Beaver
McCandlish Holton Morris
P.O. Box 796
Richmond, VA 23218
Phone: (804) 775-3100
Fax: (804) 775-3800
mward@lawmh.com

VIRGINIA PAIGE JENKINS, ADMINISTRATRIX
OF THE ESTATE OF ERIN JENKINS

Seth R. Carroll
Matthew Lastrapes
Co-Counsel for Plaintiff
Commonwealth Law Group, LLC
1506 Staples Mill Road, Suite 202
Richmond, VA 23230
Phone: (804) 551-9650
scarroll@hurtinva.com
mlastrapes@hurtinva.com

Benjamin Martin Andrews
Co-Counsel for Plaintiff
AndrewsBrown PLC
5711 Greendale Road
Henrico, Virginia 23228
Benjamin@andrewsbrownlaw.com

Jonathan Eric Halperin, Esq.
Co-Counsel for Plaintiff
Halperin Law Center
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
Phone: (804) 527-0100
Fax: (866) 335-1502
jonathan@halperinlegal.com